NEW YORK *v.* UNITED STATES ᴇᴛ ᴀʟ.

No. 968. Decided March 20, 1967.

*Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Solicitor General, *Dunton F. Tynan,* Assistant Solicitor General, *Matthew A. Tiffany,* Assistant Attorney General, and *Walter J. Myskowski* for appellant.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane* and *Leonard S. Goodman* for the United States et al.

*R. J. Murphy* and *D. M. Tolmie* for appellee railroads; *William C. Sennett,* Attorney General of Pennsylvania, and *Edward Friedman* for the Commonwealth of Pennsylvania, and *Eugene T. Liipfert* for the Port Authority of Allegheny County et al., appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motions to affirm are granted and the judgment is affirmed.